1  McGREGOR W. SCOTT
   United States Attorney
2  ADA E. BOSQUE
   Department of Justice
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone (202) 514-0179

5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9
   ASGHAR SHIRMOHAMADALI, et al.,   )   CV S-07-1073-WBS-DAD
10                                  )
                  Petitioners,      )
11                                  )   STIPULATION TO CONTINUE
           v.                       )   SCHEDULING CONFERENCE; AND
12                                  )   PROPOSED ORDER
   Gerard Heinauer, et al.,         )
13                                  )
                  Respondents.      )
14 _____)

15      Plaintiffs, by and through their attorney of record, and

16 defendants, by and through their attorneys of record, hereby

17 stipulate, subject to the approval of the Court, that the scheduling

18 conference presently scheduled for August 27, 2007, be continued

19 until September 17, 2007, or date otherwise convenient for the

20

21

22

23

24

25

26

27

1  court, and the joint status report presently due August 13, 2007, be
2  extended to August 30, 2007.
3
4  Dated: August 3, 2007                Respectfully submitted,
5                                       McGREGOR W. SCOTT
                                        United States Attorney
6                                        /s/ Ada E. Bosque
7                                       ADA E. BOSQUE
                                        Department of Justice
8
9  Dated: August 3, 2007                /s/ Kip E. Steinberg
                                        Kip E. Steinberg
10                                      Plaintiff's counsel
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

O R D E R

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling conference is continued to **September 24, 2007 at 2:00 p.m.**, and the filing of a joint status report is continued to August 30, 2007.

DATED:___August 3, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3