Kip Evan Steinberg (SBN 096084)
LAW OFFICE OF KIP EVAN STEINBERG
Courthouse Square
1000 Fourth Street, Suite 600
San Rafael, CA 94901
Telephone: 415-453-2855
Facsimile: 415-456-1921
kip@steinberg-immigration-law.com

Attorney for Plaintiffs  ASGHAR SHIRMOHAMADALI *et al*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO  DIVISION

| | |
|---|---|
| ASGHAR SHIRMOHAMADALI,<br>ZAHRA REZAEI KHOSROABADI,<br>MARYAM SHIRMOHAMADALI,<br>HADI SHIRMOHAMADALI,<br>MINOO SHIRMOHAMADALI<br><br>         Plaintiffs,<br><br>    v.<br><br>GERARD HEINAUER, Director, USCIS<br>Nebraska Service Center<br>EMILIO T. GONZALEZ, Director, USCIS<br>MICHAEL CHERTOFF, Secretary<br>Department of Homeland Security<br>MICHAEL MUKASEY, Attorney General,<br>Department of Justice<br><br>         Defendants | **No. CIV-S-07-1073 DAD**<br><br>**PLAINTIFFS' MOTION TO APPEAR TELEPHONICALLY AND ORDER**<br><br><br><br>**DATE: June 27, 2008**<br><br>**TIME:  10 a.m.** |

**MOTION TO APPEAR TELEPHONICALLY**

A hearing on plaintiffs' motion for attorney fees is scheduled for June 27, 2008 at 10 a.m.  The office of plaintiffs' counsel is in San Rafael, California. Plaintiffs' counsel requests leave to appear telephonically.  This will eliminate the extended travel time necessary to appear in Sacramento thus potentially reducing any additional time for which plaintiff's counsel could receive attorney

*Shirmohamadali v. Heinauer - CIV-S-07-1073 DAD*
Pl. Motion To Appear Telephonically

fees from the government.  If this motion is granted, plaintiffs' counsel, Kip Evan Steinberg, can be reached at (415) 453-2855.

Dated:  June 17, 2008                                        Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　Kip Evan Steinberg
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs


**ORDER**

　　　Based on plaintiffs' motion for leave to appear telephonically at the June 27, 2008 hearing on plaintiffs' motion for attorney fees and for good cause, this Court GRANTS plaintiffs' counsel, Kip Evan Steinberg, leave to appear telephonically; and ORDERS plaintiffs' counsel, Kip Evan Steinberg, to appear, telephonically, at (415) 453-2855 on June 27, 2008, to proceed with plaintiffs' motion for attorney fees.  The court will initiate the telephone call and will contact plaintiffs' counsel at (415) 453-2855 at 10:00 a.m. on June 27, 2008, or as soon thereafter as the matter may be called.

　　　IT IS SO ORDERED.

DATED: June 19, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/shirmohamadali1073.ord.telapp

*Shirmohamadali v. Heinauer - CIV-S-07-1073 DAD*
Pl. Motion To Appear Telephonically     -2-